USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, : 1:22-cv-6496-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, : ORDER
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY :
CARPENTERS RELIEF AND CHARITY FUND, :
*and* THE CARPENTER CONTRACTOR :
ALLIANCE OF METROPOLITAN NEW YORK, :
:
Petitioner, :
:
-v - :
:
MAHI PAINTING, INC., :
:
Respondent. :
:
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 1, 2022, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than **August 31, 2022.** Respondent's opposition is due by **October 3, 2022.** Petitioners' reply, if any, is due by **October 24, 2022.**

Petitioners are directed to serve the petition and supporting materials upon respondent by March 21, 2022 and to file an affidavit of such service with the Court by March 24, 2022.

SO ORDERED.

Dated: August 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge