UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

       Petitioners,         22 **CIVIL** 6496 (GHW)

  -against-              **JUDGMENT**

MAHI PAINTING, INC.,
       Respondent.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 13, 2022, the petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioners in the amount of $27,496.14, plus prejudgment interest calculated at 5.25% per annum from April 14, 2022 through the date of judgment, in the amount of $719.80, with attorneys' fees and costs in the amount of $1,163.60. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated**: New York, New York
    October 13, 2022

                       **RUBY J. KRAJICK**
                        _____
                        **Clerk of Court**
              **BY:**  *K. Mango*
                        _____
                        **Deputy Clerk**