USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :  1:22-cv-6496-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, :  ORDER
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY :
CARPENTERS RELIEF AND CHARITY FUND, :
*and* THE CARPENTER CONTRACTOR :
ALLIANCE OF METROPOLITAN NEW YORK, :
:
                Petitioner, :
:
      -v - :
:
MAHI PAINTING, INC., :
:
               Respondent. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons discussed on the record during the December 21, 2023 hearing, Petitioners' motion for leave to serve a second restraining notice, pursuant to New York C.P.L.R. § 5222(c) and Fed. R. Civ. P. 69(a), upon the New York City Housing Authority is GRANTED.

    SO ORDERED.

Dated: December 21, 2023
       New York, New York

                                                      GREGORY H. WOODS
                                                 United States District Judge