USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, : 1:22-cv-6496-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, : ORDER
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY :
CARPENTERS RELIEF AND CHARITY FUND, :
*and* THE CARPENTER CONTRACTOR :
ALLIANCE OF METROPOLITAN NEW YORK, :
:
Petitioners, :
:
-v - :
:
MAHI PAINTING, INC., :
:
Respondent. :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 27, 2024, Petitioners filed a motion "for an order compelling the NYC Housing Authority to turn over certain funds that at all times material to Petitioners' motion to turnover funds pursuant to the Civil Practice Law and Rules of the State of New York were in its possession, and are or were otherwise due and owing to Defendant-Judgment Debtor Mahi Painting, Inc. ('Mahi')." Dkt. No. 26 at 1. This application is denied without prejudice. The NYC Housing Authority is not a party to this case. Petitioners should not proceed by motion to request that the Court issue an order compelling a non-party to this action. Instead, if Petitioners seek to compel turnover of these funds, Petitioners should file a proposed order to show cause accompanied by supporting documentation as discussed in the Court's Individual Rules of Practice in Civil Cases. The Court will not consider the motion and accompanying memorandum of law and declaration filed in this case at Dkt. Nos. 26, 27, 28.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated: March 27, 2024
      New York, New York

                                       GREGORY H. WOODS
                                    United States District Judge