UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTENCESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                                            Petitioners,<br><br>         -against-<br><br>MAHI PAINTING, INC.,<br><br>                                            Respondent. | 22 CV 6496 (GHW)<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on the 13th day of October 2022, in favor of Petitioners TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., and against Respondent MAHI PAINTING, INC. for the sum of $29,379.54, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      July 11, 2024

**VIRGINIA & AMBINDER, LLP**

/s/ Maura Moosnick

Maura Moosnick, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
mmoosnick@vandallp.com
*Attorneys for Petitioners*

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

On the 11th day of July 2024, before me personally came Maura Moosnick, Esq. to me known and known to be a member of the firm of Virginia & Ambinder, LLP, attorneys for Petitioners in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

EVA C. CODISPOTI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6422855
Qualified in Kings County
Commission Expires OCTOBER 04, 2025

/s/ Eva Codispoti
Notary Public

2